IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| INDEPENDENCE FEDERAL, et al., ) | |
| ) | |
| Plaintiffs, ) | C/A No.: 9:89-00662-DCN |
| ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| HILTON HEAD HOTEL INVESTORS, ) | |
| KENNETH E. NELSON, WALLACE H. ) | |
| HUSTAD, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court pursuant to Orlando Residence, Ltd's Motion to Substitute Party pursuant to Rule 25(c) . This motion was filed on September 19, 2011. No response in opposition has been filed. After a review of the pleadings,

**IT IS ORDERED**, that Orlando Residence's Motion to Substitute Party is **GRANTED.**

**AND IT IS SO ORDERED**.

David C. Norton
Chief United States District Judge

October 17, 2011
Charleston, South Carolina